26cr32 LMP/SGE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 8 U.S.C. § 1326(a) |
| v. | |
| DEMETRIO SIMON-MARTINEZ, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Reentry of Removed Alien)

On or about December 2, 2025, in the State and District of Minnesota, the defendant,

**DEMETRIO SIMON-MARTINEZ,**

an alien, was found in the United States after having been removed therefrom on or about January 16, 2010, and August 21, 2015, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                FOREPERSON



SCANNED
FEB 03 2026
U.S. DISTRICT COURT MPLS